**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Derek J. Baker (01681998)

*Counsel for Fannie Mae*

| In Re: | Case No. 24-16228 |
|---|---|
| EOA 206 LP | Judge: Vincent F. Papalia |
| Debtor | Chapter 11 |

## NOTICE OF SERVICE OF SUBPOENA PURSUANT TO L.R. 2004-1

PLEASE TAKE NOTICE THAT, pursuant to L.R. 2004-1(b), Fannie Mae ("Fannie Mae") will serve the *Subpoena for Rule 2004 Examination* attached as Exhibit 1 upon EOA 206 LP.

REED SMITH LLP

 s/ Derek J. Baker, Esquire
Derek J. Baker
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone:  609-987-0050
Fax:  609-951-0824
dbaker@reedsmith.com

Dated: July 5, 2024                *Counsel for Fannie Mae*